UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Musaid Amir, et al.,

                Plaintiff(s),

v.                                          Case No. 2:21−cv−12457−SFC−DRG
                                                      Hon. Sean F. Cox

AmGuard Insurance Company,

                Defendant(s),

**NOTICE OF MOTION HEARING**

You are hereby notified to appear before District Judge Sean F. Cox at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan. Please report to Room 817. The following motion(s) are *rescheduled* for hearing:

    Motion − #9

- MOTION HEARING:  May 5, 2022 at 04:00 PM

**ADDITIONAL INFORMATION:**  MASKS ARE REQUIRED

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                    By: s/J. McCoy
                                                          Case Manager

Dated:  April 7, 2022