UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Musaid Amir, *et al.*,

    Plaintiffs,

v.                                        Case No. 21-12457

AmGuard Insurance Company,     Sean F. Cox
                                                  United States District Court Judge

    Defendant.
_____/

## JUDGMENT

For the reasons set forth in an Opinion and Order issued this date, **IT IS ORDERED**, **ADJUDGED, AND DECREED** that this action is **DISMISSED WITH PREJUDICE**.

                                                    s/Sean F. Cox
                                                    Sean F. Cox
                                                      United States District Judge

Dated: June 8, 2022